COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Outi Salminen, Relator

Appellate case number:      01-14-01021-CV

Trial court case number:    2014-38918

Trial court:                308th Judicial District Court of Harris County

On December 29, 2014, relator, Outi Salminen, filed a petition for a writ of mandamus challenging the trial court's November 17, 2014 temporary orders in the above-referenced trial cause number involving a child custody matter. Relator's appendix lists thirteen exhibits, including a transcript of a hearing held by the trial court on November 17, 2014. Nevertheless, relator failed to attach the first twelve exhibits and the hearing transcript with her appendix as required by Texas Rule of Appellate Procedure 52.7(a). Accordingly, we **ORDER** the relator, **within 7 days of the date of this order,** to file certified or sworn copies of the first twelve exhibits and the November 17, 2014 hearing transcript or a statement that no relevant testimony was adduced in connection with the matter complained, or else this Court may dismiss the petition. *See* TEX. R. APP. P. 52.7(a)(1), (2).

Further, the Court requests a response to the petition for writ of mandamus by the real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                     ⊠ Acting individually

Date: December 31, 2014